Emma M. PEARSON, Appellant,

v.

LUTHERAN HIGH SCHOOL
ASSOCIATION OF ST.
LOUIS, Respondent.

No. 67470.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 30, 1995.

Application to Transfer Denied
Dec. 19, 1995.

Fred Roth, Clayton, for appellant.

Stacie Kennon Gram, John Schultz, Kansas
City, for respondent.

Before SMITH, P.J., and GARY M.
GAERTNER and RHODES, JJ.

*ORDER*

PER CURIAM.

Plaintiff, Emma M. Pearson, appeals from
an Order of the Circuit Court of the City of
St. Louis granting summary judgment in fa-
vor of Defendant, Lutheran High School As-
sociation of St. Louis. We have reviewed the
briefs filed by the parties and the record on
appeal and find that the circuit court's judg-
ment was proper and that no error of law
appeared. An opinion reciting the detailed
facts and restating the principles of law
would have no precedential value.

Judgment affirmed pursuant to Rule
84.16(b).

STATE of Missouri, Plaintiff/Appellant,

v.

Juan PAYNE, Defendant/Respondent.

No. 66875.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 30, 1995.

Application to Transfer Denied
Dec. 19, 1995.

Dee Joyce Hayes, Edward Sweeney, St.
Louis, for appellant.

Michael B. Marker, East St. Louis, IL, for
respondent.

Before AHRENS, P.J., and PUDLOWSKI
and GRIMM, JJ.

PER CURIAM.

A jury found defendant guilty of first de-
gree murder and armed criminal action un-
der §§ 565.020.1 and 571.015, RSMo 1994.
The trial court granted defendant's motion
for new trial finding it had erroneously ad-
mitted prejudicial hearsay evidence. State
appeals.

No jurisprudential purpose would be
served by a written opinion. However, the
parties have been furnished with a memoran-
dum opinion for their information only, set-
ting forth the facts and reasons for this
order.

The judgment is affirmed in accordance
with Rule 30.25(b).